AO245D (Rev. 01/07) Judgment in a Criminal Case for Revocations
Sheet 1

# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA

UNITED STATES OF AMERICA

v.

DAVID ULEE SMITH

**JUDGMENT IN A CRIMINAL CASE**
(For **Revocation** of Probation or Supervised Release)

Case Number: 8:01-CR-161-T-27TBM
USM Number: 39674-018

Adam Allen, AFPD
Defendant's Attorney

**THE DEFENDANT:**

__X__ admitted guilt to violation of charge number(s) __One through Eight__ of the term of supervision.

_____ was found in violation of charge number(s) _____ after denial of guilt.

| Violation Charge Number | Nature of Violation | Violation Ended |
|---|---|---|
| 1 | Positive urinalysis for Cocaine | February 27, 2008 |
| 2 | Failure to submit to urinalysis | March 12, 2008 |
| 3 | Failure to submit to urinalysis | March 18, 2008 |
| 4 | Failure to attend drug aftercare treatment | March 18, 2008 |
| 5 | Failure to refrain from illegal drug use | March 21, 2008 |
| 6 | Positive urinalysis for Cocaine | March 25, 2008 |
| 7 | Failure to submit to urinalysis | March 29, 2008 |
| 8 | Failure to work regularly at a lawful occupation | February 6, 2008 |

The defendant is sentenced as provided in page 2 of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

It is ordered that the defendant must notify the United States attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid. If ordered to pay restitution, the defendant must notify the court and United States attorney of material changes in economic circumstances.

Date of Imposition of Sentence: May 14, 2008

JAMES D. WHITTEMORE
UNITED STATES DISTRICT JUDGE

DATE: May 15th, 2008

AO 245D (Rev. 01/07) Judgment in a Criminal Case for Revocation
Sheet 2 - Imprisonment

DEFENDANT: DAVID ULEE SMITH
CASE NUMBER: 8:01-CR-161-T-27TBM

Judgment - Page   2   of   2

## IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a term of **TWELVE (12) MONTHS.**

___X___   The Court makes the following recommendations to the Bureau of Prisons: The Court recommends confinement at Jesup.

___X___   The defendant is remanded to the custody of the United States Marshal.

_____   The defendant shall surrender to the United States Marshal for this district:

　　____ at _____ a.m.　p.m.　on _____.

　　____ as notified by the United States Marshal.

_____   The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons:

　　____ before 2 p.m. on _____.

　　____ as notified by the United States Marshal.

　　____ as notified by the Probation or Pretrial Services Office.

## RETURN

I have executed this judgment as follows:

Defendant delivered on _____ to _____ at _____ with a certified copy of this judgment.

_____
UNITED STATES MARSHAL

　　By _____
　　DEPUTY UNITED STATES MARSHAL